```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
          WESTERN DIVISION
```

|  |  |
|---|---|
| **BENJAMIN STEWART,**   )<br>    )<br>    Plaintiff,   )<br>    )<br>v.   )<br>    )<br>**FARNHAM FIBER OPTICS LLC and**   )<br>**STEVEN C. FARNHAM,**   )<br>    )<br>    Defendants.   )<br>    ) | No. 2:22-cv-02431-SHM-atc |

**ENTRY OF DEFAULT**

Before the Court is Plaintiff's Request for Entry of Default, filed on June 12, 2025. (ECF No. 48.) Pursuant to Rule 55(a), default may be entered when "a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise."

Defendants were properly served in this matter on July 19, 2022, and July 22, 2022. (ECF Nos. 7-8.) Defendants were initially represented and filed a Joint Answer, Counterclaim, and Motion to Dismiss. (ECF Nos. 24, 26.) Counsel for Defendants withdrew on May 8, 2023. (ECF Nos. 30, 31.) Defendant Steven Farnham elected to proceed *pro se*. (ECF No. 34.) Defendant Farnham Fiber Optics LLC has not retained new counsel. (Id.)

After Defendants failed to respond to Plaintiff's discovery requests or the Magistrate Judge's Order to Show Cause, the

Magistrate Judge granted Plaintiff's Motion to Compel. (ECF Nos. 42, 44, 45.) The Court held a status conference on May 29, 2024. (ECF No. 47.) Only Plaintiff's counsel appeared. (Id.) Defendant Farnham Fiber Optics LLC remains unrepresented, and Defendant Steven Farnham declined to participate. (Id.)

The Magistrate Judge's order granting Plaintiff's Motion to Compel warned Defendants that failure to comply with the order and respond to proper discovery requests would result in the entry of default or default judgment. (See ECF No. 45 at 3 ("Pursuant to Federal Rule of Civil Procedure 37(b), failure to fully comply with this Order by May 21st may result in the imposition of sanctions, including but not limited to entry of default and/or default judgment against FFO and Farnham.").) The order also warned Defendant Farnham Fiber Optics LLC of the consequences if it continued to refuse to retain counsel and participate in the litigation. (See ECF No. 45 at 5 ("FFO is once again ORDERED to identify its replacement counsel in this matter by May 21, 2024. Failure to identify its replacement counsel by May 21st may result in the imposition of sanctions against FFO, including but not limited to entry of default and/or default judgment.").)

More than a year has passed, and Defendants have not obeyed the orders of the Court. Plaintiff's motion is supported by an affidavit outlining Defendants' willful noncompliance with court orders and failure to defend this case. (See ECF No. 48-1.)

Therefore, pursuant to Federal Rule of Civil Procedure 55(a), **DEFAULT IS HEREBY ENTERED** against Defendants Farnham Fiber Optics LLC and Steven C. Farnham for failure to "otherwise defend" this case.

SO ORDERED this  *14th*  day of August, 2025.

/s/ *Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE